United States District Court
Southern District of Texas
**ENTERED**
June 03, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TONI WOODS,<br>Plaintiff, | §<br>§ | CIVIL ACTION NO.<br>4:20-cv-00860 |
| | §<br>§ | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | §<br>§ | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | §<br>§<br>§<br>§<br>§ | |

## ORDER

The Court ordered the parties to submit a joint discovery/case management plan by May 21, 2020. Dkt 5. The parties failed to comply.

Section 9(b) of this Court's procedures requires all parties to sign and counsel for the plaintiff to file a single, completed joint discovery and case management plan. Section 1(b) of this Court's procedures subjects a party to sanctions or dismissal absent strict compliance with the procedures and applicable rules.

The Court ORDERS the parties file their joint discovery/case management plan by June 8, 2020.

If submission of a joint plan is impracticable due to noncooperation by one party, then the other party must submit a unilateral plan. The noncooperating party will be subject to sanction. This could include, if plaintiff, dismissal of the action or, if defendant, entry of default judgment.

SO ORDERED.

Signed on June 3, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge