# United States District Court

# Southern District of Texas

# Houston Division

| | | |
|---|---|---|
| Toni Woods<br>Plaintiff, | §<br>§ | Civil Action No.<br>4:20−cv−00860 |
| | §<br>§ | |
| vs. | § | Judge Charles Eskridge |
| | §<br>§ | |
| The Lincoln National Life Insurance Company<br>Defendant. | §<br>§ | |

## Notice of Resetting

Take notice that the Initial Conference set for 06/04/2020, has been reset as follows:

Thursday, June 18,2020, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002