UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-00860 |
|---|---|---|---|
| Toni Woods | | | |
| *versus* | | | |
| The Lincoln National Life Insurance Company | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Scott K. Pomeroy<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Boston Place<br>Boston, MA 02108<br>Tel: 207-387-2961 Email: scott.pomeroy@ogletree.com<br><br>(for state and federal admissions see attached page) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Defendant The Lincoln National Life Insurance Company |

Has applicant been sanctioned by any bar association or court? Yes ______ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 6/5/2020 | Signed: [signature] |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: ____________________

____________________
United States District Judge