**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TONI WOODS,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO.: 4:20-cv00860<br><br>Judge Charles Eskridge |

**MOTION FOR ADMISSION PRO HAC VICE (CONTINUED)**

In support of his Motion for Admission Pro Hac Vice, Scott K. Pomeroy is licensed and admitted to practice in the following jurisdictions:

**STATE COURT ADMISSIONS:**

1. Massachusetts, active, 12-20-2005. Bar No. 665110
2. Rhode Island, active, 5-26-1999. Bar No. 6044
3. Florida, active, 9-30-1996. Bar No. 90026
4. Georgia, active, 7-1-1996. Bar No. 583296

**FEDERAL COURT OF APPEALS ADMISSIONS:**

1. U.S. Court of Appeals, First Circuit, active, 6-17-2002
2. U.S. Court of Appeals, Second Circuit, active, 8-23-2017
3. U.S. Court of Appeals, Fourth Circuit, active, 5-24-2019
4. U.S. Court of Appeals, Eleventh Circuit, active, 10-26-2001

**FEDERAL DISTRICT COURT ADMISSIONS:**

1. U.S. District Court, District of Connecticut, active, 6-2-2017

2. U.S. District Court, Southern District of Florida, active, 2-2-2018

3. U.S. District Court, Middle District of Georgia, active, 11-7-2019

4. U.S. District Court, Northern District of Georgia, active, 4-18-2019

5. U.S. District Court, District of Massachusetts, active, 10-18-2007

6. U.S. District Court, Western District of Michigan, active, 2-18-2020

7. U.S. District Court, District of Rhode Island, active, 6-9-1999

8. U.S. District Court, Northern District of New York, active, 6-21-2019

9. U.S. District Court, Western District of New York, active, 7-27-2018

43090244.1