**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TONI WOODS,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO.: 4:20-cv00860<br><br>Judge Charles Eskridge |

## DISCLOSURE OF INTERESTED PERSONS

In accordance with Rule 7.1 and this Court's Order of March 17, 2020, (ECF Doc. #5), Defendant files this Disclosure of Interested Persons.

Defendant The Lincoln National Life Insurance Company is a wholly-owned subsidiary of Lincoln National Corporation. Lincoln National Corporation is publicly traded on the NYSE, ticker symbol LNC, with no 10% owners of its stock.

Attorneys Stephanie C. Ng and Scott K. Pomeroy and the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as counsel for Defendant, also have an interest in this matter.

Counsel for Defendant The Lincoln National Life Insurance Company,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Stephanie C. Ng*
Stephanie C. Ng
TX Bar No. 24098176
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Tel: 713-655-5755
Fax: 713-655-0020

stephanie.ng@ogletree.com

-and-

/s/ Scott K. Pomeroy
Scott K. Pomeroy (*pro hac vice* pending)
One Boston Place, Suite 3500
Boston, MA 02108
Tel: (207) 387-2961
Fax: (207) 387-2986
scott.pomeroy@ogletree.com

Dated: June 5, 2020.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

J. Anthony Vessel
anthony@marcwhitehead.com

Marc S. Whitehead
marc@marcwhitehead.com

Britney Anne Heath McDonald
britney@marcwhitehead.com

Madison Tate Donaldson
madison@marcwhitehead.com

*/s/ Stephanie C. Ng*
Stephanie C. Ng

43088120.1