**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TONI WOODS,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO.: 4:20-cv00860<br><br>Judge Charles Eskridge |

**[PROPOSED] SCHEDULING AND DOCKET CONTROL ORDER**

The following schedule will control disposition of this ERISA case:

**1. 7/20/2020 Defendant's Answer to Complaint.**

**2. 8/20/2020 Defendant's Production of Administrative Record.**

By this date, Defendant shall produce the Administrative Record to the Plaintiff.

**3. 10/20/2020 Plaintiff's Motions to Propound Discovery or Correct Record**

If, upon review of the Administrative Record, the Plaintiff contends that the Administrative Record is inaccurate or the Plaintiff seeks extra-record discovery or both, Plaintiff shall, by this date, move for leave to propound any extra-record discovery, to correct the Administrative Record, or both.

**4. 12/10/2020 Status Report**

On this date the Parties shall submit a written Joint Status Report regarding the status of discovery and their settlement efforts. If the Parties have scheduled a private mediation or request Court-sponsored ADR, they shall so advise the Court, and the Parties may request that the deadline for dispositive motions for judgment be adjusted, if necessary.

**5. 1/20/2021 Dispositive Motions for Judgment on the Record**

The Parties shall file their dispositive motions for judgment on the Administrative Record. Defendant shall also file the Administrative

Record. Oppositions shall be due thirty (30) days later. Replies may be filed fifteen (15) days after the Parties' oppositions.

The Parties agree to submit attorney's fees issues to the Court by affidavit after resolution of liability and damages.

Signed on ________________, at Houston, Texas.

______________________________
Hon. Charles Eskridge
United States District Judge

43088111.1