United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TONI WOODS, Plaintiff, | § | CIVIL ACTION NO. 4:20-cv-00860 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | § | |

**NOTICE**

This matter is currently set for a Scheduling Conference on June 18, 2020 at 1:30 PM.

The Court does not intend for any party or counsel to act contrary to official guidance or precautions regarding the COVID-19 virus, including with respect to travel or appearance for any hearing or litigation-related matter.

Pursuant to Section 9(e) of this Court's procedures, the Court CANCELS this conference. Any party may request reinstatement by joint or individual letter or email to the Case Manager with explanation why the conference remains necessary.