**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TONI WOODS,<br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | CIVIL ACTION NO.: 4:20-cv00860<br><br>Judge Charles Eskridge |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Toni Woods and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice. Each party shall bear her or its own costs and expenses of litigation.

DATED: April 5, 2021

Counsel for Plaintiff Toni Woods,

*/s/ J. Anthony Vessel*


J. Anthony Vessel
MARC WHITEHEAD & ASSOC.
403 Heights Boulevard
Houston, TX 77007
Tel: 713-228-8888
Fax: 713-225-0949
anthony@marcwhitehead.com


Counsel for Defendant The Lincoln National Life Insurance Company,

*/s/ Stephanie C. Ng*


Stephanie C. Ng
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Tel: 713-655-5755
Fax: 713-655-0020
stephanie.ng@ogletree.com


-and-

/s/ Scott K. Pomeroy


Scott K. Pomeroy (*pro hac vice*)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Boston Place, Suite 3500
Boston, MA 02108
Tel: (207) 387-2961
Fax: (207) 387-2986
scott.pomeroy@ogletree.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Stephanie C. Ng*
Stephanie C. Ng

46591233.1